**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7230**

MR. RONALD BISHOP, SR.,

       Plaintiff - Appellant,

    v.

BETTY JOHNSON, Warden; LT. JAMES SIMMONS; CHANTELL SESSIONS, CCMS II; COMMISSIONER OF CORRECTIONS; KEISHA TORNEY, Correctional Case Management Specialist (CCMS II); OFFICER ALOAD,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   James K. Bredar, District Judge. (1:14-cv-02300-JKB)

Submitted:  January 29, 2016      Decided:  March 10, 2016

Before GREGORY, DUNCAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Bishop, Sr., Appellant Pro Se.  Ankush Nayar, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Bishop, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bishop v. Johnson, No. 1:14-cv-02300-JKB (D. Md. filed July 13, 2015 & entered July 14, 2015). We deny his motions to appoint counsel and to amend his complaint and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED